NICK J. CHACANIAS

LIST OF CREDITORS

1. CREDIT ONE BANK
   JACOB LAW GROUP PLLC
   2623 WEST OXFORD LOOP
   OXFORD MS 38655-5442

2. HSBC CARD SERVICES
   PORTFOLIO RECOVERY ASSOCIATES LLC
   P.O. BOX 12914
   NORFOLK VA 23541

3. ANKERS GARAGE
   TRANSWORLD SYSTEMS INC
   COLLECTION AGENCY
   980 HARVEST DRIVE #202
   BLUE BELL, PA 19422

4. VERIZON NORTH INC
   AFNI INC
   404 BROCK DRIVE
   P.O. BOX 3427
   BLOOMINGTON IL 61702-3427

5. FIRST UNION CREDIT CARD
   MEDIATION RECOVERY CENTER
   P.O. BOX 546
   DEKALB, IL 60115

6. FIRST PREMIER CREDIT CARD
   CREDIT CONTROL LLC
   5757 PHANTOM DRIVE SUITE 330
   HAZELWOOD, MO 63042

7. PREMIER BANK CARD
   ARROW FINANCIAL SERVICES
   21031 NETWORK PLACE
   CHICAGO, IL 60678-1031

FILED
HARRISBURG, PA
2014 OCT 17 AM 10: 57
CLERK
U.S. BANKRUPTCY COURT

8. CAPITAL ONE CREDIT CARD
   MERCANTILE ADJUSTMENT BUREAU LLC
   P.O. BOX 9016
   WILLIAMSVILLE NY 14231-9016

9. BUREAU OF CORPORATION TAXES
   P.O BOX 280703
   HARRISBURG PA 17128-0703

10. INTERNAL REVENUE SERVICE
    KANSAS CITY, MO 64999-0002

11. ASTORIA FEDERAL SAVINGS & LOAN ASSC
    PHELAN, HALLINAN & SCHMEIG LLP
    1 PENN CENTER PLAZA SUITE 1400
    PHILADELPHIA, PA 19103

12. PA DEPARTMENT OF REVENUE
    1 REVENUE PLACE
    HARRISBURG, PA 17129-0001

13. MANCHESTER TOWNSHIP SEWER
    3200 FARMTRAIL ROAD
    YORK PA 17406

14. MET ED ELECTRIC
    P.O. BOX 16001
    READING PA 19612

15. COLUMBIA GAS OF PA
    P.O. BOX 742537
    CINCINNATI OHIO 45274-2537